**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-2329

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,

Plaintiff - Appellee,

versus

MILLIET K. LANHAM,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. William D. Quarles, Jr., District Judge. (CA-04-3868-WDQ)

Submitted: May 31, 2006                    Decided: June 27, 2006

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Scott B. Elkind, ELKIND & SHEA, Silver Spring, Maryland, for Appellant. Nell B. Strachan, VENABLE, LLP, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Milliet K. Lanham appeals the district court's orders granting summary judgment against her in this civil action under the Employee Retirement Income Security Act and denying her motion to reconsider. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Massachusetts Mut. Life Ins. Co. v. Lanham</u>, No. CA-04-3868-WDQ (D. Md. Sept. 19 & Oct. 27, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>